IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-01443-WMA |
| ) | |
| CERTAIN REAL PROPERTY ) | |
| LOCATED AT 1972 BRIDGEWATER ) | |
| DRIVE, HEATHROW, FLORIDA, ) | |
| TOGETHER WITH ALL ) | |
| IMPROVEMENTS, FIXTURES, ) | |
| AND APPURTENANCES THEREON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-01864-WMA |
| ) | |
| ALL FUNDS ON DEPOSIT IN ) | |
| TWENTY (20) CERTAIN BANK ) | |
| ACCOUNTS, LOCATED AT REGIONS ) | |
| BANK, 1900 SIXTH AVENUE NORTH, ) | |
| BIRMINGHAM, ALABAMA, ) | |
| ) | |
| Defendants. ) | |

**CONSOLIDATED VERIFIED
COMPLAINT FOR FORFEITURE IN REM**

COMES NOW the Plaintiff, United States of America, by and through Alice

H. Martin, United States Attorney for the Northern District of Alabama, and James

D. Ingram, Assistant United States Attorney for this district, and respectfully presents to this Court the following:

1. That this is a civil action for the forfeiture of the named defendant real property and defendant funds pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C).

2. That this Court has jurisdiction over this subject matter pursuant to 28 U.S.C. §§ 1345 and 1355(a).

3. That this Court has in rem jurisdiction over the defendant real property and defendant funds pursuant to 28 U.S.C. §§ 1355(b) and (d).

4. That this Court has venue over this action pursuant to 28 U.S.C. §§ 1355 and 1395(a).

5. That an investigation by the Federal Bureau of Investigation (FBI) has found that Nigerian law enforcement authorities have identified Chimaroke Nnamani as one of several individuals involved in a scheme to defraud the State of Enugu, Federal Republic of Nigeria, in violation of Nigerian law since at least 2003 and continuing until at least 2005.

6. That, specifically, the investigation by the FBI and Nigerian law enforcement authorities has revealed the following information:

(a) That Chimaroke Nnamani has been named as a participant in the alleged theft and money laundering of ₦5,365,496,346.45 Naira (or approximately $41,868,877.05 in U.S. Dollars) from 2003 through 2005 in violation of the laws of the Federal Republic of Nigeria. On January 22, 2007, the Economic and Financial Crimes Commission (EFCC), a Nigerian law enforcement agency, filed a 29-count indictment against Peter Mbah, Victor Udeh, Sam Ejiofor, and Chika Ohaa for laundering ₦5,411,766,046.45 (or approximately $42,229,935.98 in U.S. Dollars). In the first eleven counts of the 29-count indictment, Chimaroke Nnamani is named as having collaborated with Mbah, Ejiofor and Ohaa in laundering money and the diversion of government funds outside of the country in the amount of ₦5,365,496,346.45 ($41,868,877.05 U.S. Dollars).

(b) That Nnamani has a sister, Chinero Nwaigwe, who resides in Fairfax, Virginia. Nwaigwe and her husband, David Nwaigwe, are currently sought by Nigerian law enforcement authorities in connection with money laundering related to Chimaroke Nnamani's activities as governor.

(c) That Nnamani took office as the Governor of Enugu State, Federal Republic of May 30, 1999 and served continuously until his second four-year term expired on May 29, 2007. Under Nigeria's Constitution, Nnamani was immune from criminal prosecution while he was a seated Governor.

3

(d) That Nnamani holds dual citizenship with Nigeria and the United States; however, as a public official in Nigeria, Nnamani was prohibited from owning property outside of Nigeria.

(e) That on January 31, 2007, Nnamani, while in the Orlando, Florida area, engaged a local law firm to form ten limited liability corporations (LLC's) that same day under various names.

(f) That on January 31, February 1, and February 20, 2007, Nnamani personally opened a total of twenty bank accounts, more particularly identified as follows, at AmSouth Bank's main branch in Orlando, Florida:

|  | Account Number | Account Name |
|---|---|---|
| 1 | xxxx1603 | Jefferson LLC |
| 2 | xxxx1611 | Cooke LLC |
| 3 | xxxx1654 | Rainbow Associates LLC |
| 4 | xxxx1662 | The Ferguson Group LLC |
| 5 | xxxx1670 | Jasmine Holdings Group LLC |
| 6 | xxxx1689 | Intercontinental Associates LLC |
| 7 | xxxx1697 | Rock City Group LLC |
| 8 | xxxx1700 | Hill Gate LLC |
| 9 | xxxx1719 | C&C Project LLC |
| 10 | xxxx1727 | Elizabeth Group LLC |
| 11 | xxxxx14604 | Rainbow Associates LLC |
| 12 | xxxxx14612 | Elizabeth Group LLC |

| 13 | xxxxx14620 | Intercontinental Associates LLC |
|----|------------|-------------------------------|
| 14 | xxxxx14639 | C and C Project LLC |
| 15 | xxxxx14647 | Rock City Group LLC |
| 16 | xxxxx14655 | Jasmine Holdings Group LLC |
| 17 | xxxxx14663 | Jefferson LLC |
| 18 | xxxxx14671 | Cooke LLC |
| 19 | xxxxx14728 | Hill Gate LLC |
| 20 | xxxxx14752 | The Ferguson Group LLC |

These twenty defendant bank accounts were opened in the names of the ten LLC's, with two accounts for each LLC; Nnamani made opening deposits into these accounts totaling more than $90,000. Nnamani named himself and his sister, Chinero Nwaigwe, as the authorized signors on each account.

(g) That on February 14, 2007 and February 22, 2007, Chinero Nwaigwe wire transferred a total of $835,000 into two of the LLC accounts opened by Nnamani, including one account held in the name of the name of Rock City Group, LLC.

(h) That on February 22, 2007, Nnamani then transferred $998,000 from the AmSouth Bank account held in the name of Rock City Group, LLC, to a Fidelity National Title Insurance Company office in Florida for the purchase of a residence.

(i) That on February 22, 2007, Nnamani paid a total of $1,800,000 in cash for the purchase of the defendant real property, located at 1972 Bridgewater Drive, Heathrow, Florida, and more particularly described as follows:

Lot(s) 34, HEATHROW WOODS, according to the plat thereof, recorded in Plat Book 41, Page(s) 26-30, of the Public Records of Seminole County, Florida.

Title to the defendant real property was transferred by warranty deed to "Rock City Group, LLC" as grantee.

(j) That on March 15, March 16, March 21, and March 30, 2007, a total of twenty-one wire transfers were made directly from different Nigerian banks to various defendant AmSouth Bank accounts as follows:

| Date | Originator | Originating Institution | Amount of Wire Transfer | AmSouth Bank Account # | AmSouth Bank Account Name |
|------|-----------|------------------------|------------------------|-----------------------|---------------------------|
| 3/15/07 | Boskel Nigeria LTD | Diamond Bank PLC | $14,975.00 | xxxxx14604 | Rainbow Assoc. LLC |
| 3/15/07 | C.A.D. | Platinumhabib Bank PLC | $62,214.00 | xxxxx14612 | Elizabeth Group LLC |
| 3/15/07 | Universal-Sodexho Nigeria LTD | S/Citingla | $24,985.00 | xxxxx14752 | The Ferguson Group LLC |
| 3/15/07 | C.A.D. | Platinumhabib Bank PLC | $63,964.00 | xxxxx14620 | Intercontinental Associates LLC |
| 3/15/07 | Parmon Oil and Gas LTD | Fidelity Bank PLC | $26,971.65 | xxxxx14620 | Intercontinental Associates LLC |
| 3/15/07 | F.A.O | Platinumhabib Bank PLC | $55,714.00 | xxxxx14639 | C and C Project |
| 3/15/07 | Parmon Oil and Gas LTD | Fidelity Bank PLC | $24,474.28 | xxxxx14639 | C and C Project |
| 3/15/07 | C.E.O | Platinumhabib Bank PLC | $57,189.00 | xxxxx14647 | Rock City Group |
| 3/15/07 | Parmon Oil and Gas LTD | Fidelity Bank PLC | $23,775.01 | xxxxx14647 | Rock City Group |
| 3/15/07 | B.A.S | Platinumhabib Bank PLC | $53,220.00 | xxxxx14655 | Jasmine Group LLC |

| 3/15/07 | Parmon Oil and Gas LTD | Fidelity Bank PLC | $25,772.91 | xxxxx14655 | Jasmine Group LLC |
|---|---|---|---|---|---|
| 3/15/07 | B.A.S | Platinumhabib Bank PLC | $64,964.00 | xxxxx14663 | Jefferson LLC |
| 3/15/07 | Boskel Nigeria LTD | Diamond Bank PLC | $19,975.00 | xxxxx14663 | Jefferson LLC |
| 3/15/07 | Parmon Oil and Gas LTD | Fidelity Bank PLC | $26,472.17 | xxxxx14671 | Cooke LLC |
| 3/15/07 | F.A.O | Platinumhabib Bank PLC | $60,964.00 | xxxxx14728 | Hill Gate LLC |
| 3/15/07 | F.A.O | Platinumhabib Bank PLC | $62,964.00 | xxxxx14752 | The Ferguson Group LLC |
| 3/16/07 | Tolman Allied Serv | NAMENGLA | $19,975.00 | xxxxx14612 | Elizabeth Group LLC |
| 3/16/07 | Capital Index LTD | Standard Charter Bank LTD | $1,000.00 | xxxxx14752 | The Ferguson Group LLC |
| 3/16/07 | Capital Index LTD | Standard Charter Bank LTD | $8,400.00 | xxxxx14752 | The Ferguson Group LLC |
| 3/21/07 | Adano Engr | Sterling Bank LLC | $23,975.00 | xxxxx14728 | Hill Gate LLC |
| 3/30/07 | Intecon Partnership LTD | United Bank for Africa | $8,974.00 | xxxxx14612 | Elizabeth Group LLC |

(k) That in late May 2007, Nnamani reportedly fled Nigeria shortly before the end of his second term as governor, although he was elected to serve as a senator in the Nigerian legislature; however, this office does not provide immunity from prosecution.

(l) That in July 2007, Chimaroke Nnamani was charged by the Nigerian EFCC in a separate prosecution with multiple counts of money laundering involving federal government funds. Nnamani's sister, Chinero Nwaigwe, was also named in the *Charges* but identified as being "now at large." Nnamani, who had returned to

Nigeria, was arrested and is currently on trial before the Federal High Court in Lagos, Federal Republic of Nigeria. These charges allege that Nnamani and Chinero Nwaigwe were directly involved in the laundering of more than ₦4.4 billion from August 2003 to May 2007 while Nnamani served as Governor of Enugu State.

7. That according to official documents issued by the Nigerian government, Chimaroke Nnamani's official salary as Governor of Enugu State since May 1, 2000 has been ₦1,362,000, or the current equivalent of $10,670 per year. Thus, it is unlikely that Chimaroke Nnamani possesses an adequate source of legitimate income to account for the purchase of the defendant real property or the acquisition of the defendant funds. Furthermore, additional investigation has failed to identify a legitimate source of income for Chinero Nwaigwe to account for the transfer of funds alleged herein.

8. That AmSouth Bank, operating at that time as Regions Bank d/b/a AmSouth Bank and now merged into Regions Bank, is a financial institution with headquarters located in Birmingham, Alabama.

9. That with respect to a financial transaction occurring in whole or in part in the United States, an offense against a foreign nation involving misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official is a "specified unlawful activity" under 18 U.S.C. § 1956(c)(7)(B)(iv).

10. That the defendant real property was the subject of, or otherwise was involved in numerous financial transactions conducted by, or at the direction of Chimaroke Nnamani for the purpose of concealing or disguising the nature, the location, the source, the ownership or the control of the proceeds of "specified unlawful activity" in violation of 18 U.S.C. § 1956(a)(1)(B)(i). Therefore, the defendant real property is subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(A).

11. That the defendant real property constitutes or is derived from proceeds traceable to violations of "specified unlawful activity;" to-wit: the misappropriation, theft, or embezzlement of public funds from the Federal Republic of Nigeria by or for the benefit of Chimaroke Nnamani, a public official in that country, and is, therefore, subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C).

12. That the defendant funds held on deposit in the twenty named bank accounts are the subjects of, or otherwise were involved in numerous financial transactions conducted by, or at the direction of Chimaroke Nnamani for the purpose of concealing or disguising the nature, the location, the source, the ownership or the control of the proceeds of "specified unlawful activity" alleged herein in violation of

18 U.S.C. § 1956(a)(1)(B)(i). Therefore, the defendant funds are subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(A).

13. That the defendant funds constitute or are derived from proceeds traceable to violations of "specified unlawful activity;" to-wit: the misappropriation, theft, or embezzlement of public funds from the Federal Republic of Nigeria by or for the benefit of Chimaroke Nnamani, a public official in that country, and are, therefore, subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C).

14. That the defendant real property, together with all fixtures, improvements, and appurtenances, and the has an approximate value of one million eight hundred thousand dollars ($1,800,000.00); the defendant funds have a total aggregate value of $961,184.27.

15. That the names and addresses of possible claimants known to plaintiff are as follows:

| | |
|---|---|
| Chimaroke Nnamani<br>1972 Bridgewater Drive<br>Heathrow, FL 32746<br>(last known address within<br>   the United States) | Chinero Nwaigwe<br>c/o A. John Pappalardo, Esquire<br>Greenberg Traurig, LLP<br>One International Place<br>Boston, MA 02110 |
| C & C Project, LLC                    }<br>Cooke, LLC                                 }<br>Elizabeth Group, LLC              } | c/o Jennifer Stephan<br>1485 International Parkway, Suite 1001<br>Heathrow, FL 32746 |

The Ferguson Group, LLC }
Hill Gate, LLC }
International Associates, LLC }
Jasmine Holdings Group, LLC }
Jefferson, LLC }
Rainbow Associates, LLC }
Rock City Group, LLC }

WHEREFORE, Plaintiff requests that due process issue to enforce the forfeiture and to give notice to the interested parties to appear and show cause why the forfeiture should not be decreed, and requests that the defendant real property and the defendant funds be condemned and forfeited to the United States of America and be delivered into the custody of the United States Marshal for disposition according to law, and for such other and further relief as this Court may deem just and proper.

ALICE H. MARTIN
United States Attorney

JAMES D. INGRAM
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2130

# **VERIFICATION**

I, Cordell Spears, am a Special Agent of the Federal Bureau of Investigation (FBI) and one of the case agents assigned the responsibility for this case.

I have read the contents of the foregoing Complaint for Forfeiture In Rem, and the statements contained therein are true to the best of my knowledge and belief, and I base my knowledge for this verification of the Complaint for Forfeiture In Rem on the following:

    a.    Information I have learned during, or been given by special agents of the FBI and other law enforcement officials who also participated in the investigation of Chimaroke Nnamani and other individuals engaged in an illegal fraud and money laundering scheme in the Federal Republic of Nigeria;

    b.    My knowledge of the interviews of representatives of various financial institutions relating to the investigation of Chimaroke Nnamani's activities;

    c.    My experience in illegal federal program fraud and embezzlement investigations, and the experience of other law enforcement officers related to illegal fraud and embezzlement investigations.

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 20th day of June, 2008.

CORDELL SPEARS
Special Agent
Federal Bureau of Investigation