FILED

2009 May-13  PM 01:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
|     Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 07-AR-1443-S |
| | } | |
| CERTAIN REAL PROPERTY LOCATED | } | |
| AT 1972 BRIDGEWATER DRIVE, | } | |
| HEATHROW, FLORIDA, TOGETHER | } | |
| WITH ALL IMPROVEMENTS, | } | |
| FIXTURES, AND APPURTENANCES | } | |
| THEREON, | } | **CONSOLIDATED WITH** |
| | } | |
|     Defendant. | } | |

**\* \* \* \* \*          \* \* \* \* \***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
|     Plaintiff, | } | CIVIL ACTION NO. |
| | } | 07-AR-1864-S |
| v. | } | |
| | } | |
| ALL FUNDS ON DEPOSIT IN | } | |
| TWENTY (20) CERTAIN BANK | } | |
| ACCOUNTS, LOCATED AT REGIONS | } | |
| BANK, 1900 SIXTH AVENUE NORTH | } | |
| BIRMINGHAM, ALABAMA, | } | |
| | } | |
|     Defendant. | } | |

**DEFAULT JUDGMENTS**

In granting plaintiff's motions for entries of default, the Clerk on May 12, 2009, appropriately noted that the ultimate significance of the said entries of default is a matter for the court. The court now undertakes to discharge its responsibility in the premises.

In a garden variety civil case in which a defendant fails to plead or otherwise defend, the Clerk routinely enters default with leave to prove such damages or to obtain such relief as the court thereafter shall provide.  The above two consolidated cases, which are *in rem* forfeiture cases, do not quite fit that category.  They do, however, call for consequences when a potential claimant does not file a claim.

The logical and necessary court response to the entries of default after due notice to potential claimants, Chimaroke Nnamani, C&C Project, LLC, International Associates, LLC, Intercontinental Associates, LLC, Cooke, LLC, Elizabeth Group, LLC, The Ferguson Group, LLC, Hill Gate, LLC, Jasmine Holdings Group, LLC, Jefferson, LLC, Rainbow Associates, LLC, and Rock City Group, LLC, and their respective failures timely to file a claim, is to find that they have no valid claims, and are hereinafter foreclosed from making claims.  Accordingly, it is hereby DECLARED, DETERMINED and DECREED that each and all of the above-named potential claimants have no claim to, or interest in, the real property that is the subject of CV-AR-1443-S or to the bank accounts that are the subject of CV-AR-1864-S.  All right, title, claim, and interest in and to all said real and personal property, insofar as said former potential claimants are concerned, is hereby FORFEITED, DIVESTED from said former potential claimants, and VESTED in the United States of America.

The question of whether the United States, as plaintiff, can

proceed in this case as the successor-in-interest to said former potential claimants and to stand in their shoes *vis-a-vis* other claimants or potential claimants is a question not yet addressed or determined.

DONE this 13th day of May, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE