IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|    ) | |
|   Plaintiff,    ) | |
|    ) | CIVIL ACTION NO. |
|   v.    ) | 07-AR-1443-S |
|    ) | |
| CERTAIN REAL PROPERTY LOCATED  ) | |
| AT 1972 BRIDGEWATER DRIVE,    ) | |
| HEATHROW, FLORIDA, TOGETHER    ) | |
| WITH ALL IMPROVEMENTS,    ) | |
| FIXTURES, AND APPURTENANCES    ) | |
| THEREON,    ) | **CONSOLIDATED WITH** |
|    ) | |
|   Defendant.    ) | |

\* \* \* \* \*         \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|    ) | |
|   Plaintiff,    ) | |
|    ) | CIVIL ACTION NO. |
|   v.    ) | 07-AR-1864-S |
|    ) | |
| ALL FUNDS ON DEPOSIT IN    ) | |
| TWENTY (20) CERTAIN BANK    ) | |
| ACCOUNTS, LOCATED AT REGIONS  ) | |
| BANK, 1900 SIXTH AVENUE NORTH  ) | |
| BIRMINGHAM, ALABAMA,    ) | |
|    ) | |
|   Defendant.    ) | |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate to the dismissal of this consolidated case,

without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Further, the parties stipulate that:

(1)     Claimant Chinero Nwaigwe will not seek attorney's fees from the

United States that arise from or are related to this case or any of the facts

concerning or relating to this case;

(2)     All parties shall bear their own costs associated with this case, including all pre-litigation efforts to resolve this matter;

(3)     After the conclusion of this case, the United States shall promptly release any lis pendens recorded with respect to the Defendant Property;  and

(4)     The United States shall be entitled to a Certificate of Reasonable Cause in this action pursuant to 28 U.S.C. § 2465.

Respectfully submitted this 15th day of May 2009.

ALICE H. MARTIN
United States Attorney


/s/ *James D. Ingram*
James D. Ingram
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
Tel.:  (205) 244-2001
Fax: (205) 244-2182
James.Ingram@usdoj.gov


/s/ *James R. Sturdivant*
James R. Sturdivant (ASB-5071-rJ71j)
Attorney for Claimant Chinero Nwaigwe
SIROTE & PERMUTT, P.C.
2311 Highland Ave. South
P.O. Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 930-5101
jsturdivant@sirote.com

**OF COUNSEL FOR CLAIMANT**:

A. John Pappalardo
pappalardoj@gtlaw.com
Shoba Pillay
pillays@gtlaw.com
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
Tel.: (617) 310-6000
Fax: (617) 310-6001

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of Court, Northern District of Alabama, on this 15th day of May 2009, using the CM/ECF filing system which will send notification of said filing to all counsel of record.

/s/ *James D. Ingram*
James D. Ingram
Assistant United States Attorney