IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 07-AR-1443-S |
| | } | |
| CERTAIN REAL PROPERTY LOCATED | } | |
| AT 1972 BRIDGEWATER DRIVE, | } | |
| HEATHROW, FLORIDA, TOGETHER | } | |
| WITH ALL IMPROVEMENTS, | } | |
| FIXTURES, AND APPURTENANCES | } | |
| THEREON, | } | **CONSOLIDATED WITH** |
| | } | |
| Defendant. | } | |

**\* \* \* \* \*       \* \* \* \* \***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| Plaintiff, | } | CIVIL ACTION NO. |
| | } | 07-AR-1864-S |
| v. | } | |
| | } | |
| ALL FUNDS ON DEPOSIT IN | } | |
| TWENTY (20) CERTAIN BANK | } | |
| ACCOUNTS, LOCATED AT REGIONS | } | |
| BANK, 1900 SIXTH AVENUE NORTH | } | |
| BIRMINGHAM, ALABAMA, | } | |
| | } | |
| Defendant. | } | |

## ORDER

The court does not believe that the stipulation of dismissal without prejudice filed on May 15, 2009, by the United States of America and Chinero Nwaigwe had the effect of vacating the default judgments entered on May 13, 2009. In that order, the interests of certain named claimants were divested and re-vested in the United

States.  Treating the stipulation as a motion by the United States to vacate the order of May 13, 2009, the motion will be heard at this court's regular motion docket **at 9:00 a.m., June 19, 2009.**

DONE this 8th day of June, 2009.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE