FILED

2009 Jun-11 PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| CERTAIN REAL PROPERTY LOCATED AT 1972 BRIDGEWATER DRIVE, HEATHROW, FLORIDA, TOGETHER WITH ALL IMPROVEMENTS, FIXTURES, AND APPURTENANCES THEREON, | Case No.: 2:07-CV-01443-WMA |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| ALL FUNDS ON DEPOSIT IN TWENTY (20) CERTAIN BANK ACCOUNTS, LOCATED AT REGIONS BANK, 1900 SIXTH AVENUE NORTH BIRMINGHAM, ALABAMA, | Case No.: 2:07-CV-01864-WMA |
| Defendant. | |

## UNOPPOSED MOTION TO EXCUSE PRO HAC VICE COUNSEL

COMES NOW the Claimant, Chinero Nwaigwe, by and through undersigned counsel, and hereby requests permission from this Honorable Court for one of the two pro hac vice counsel admitted in this case to be excused from the

DOCSBHM\1633366\1\

June 19, 2009 hearing set on the Court's docket at 9:00 a.m. As grounds for this motion, Claimant states as follows:

1. Shoba Pillay is an attorney in the firm of Greenberg Traurig, and her principal office location is in Chicago, Illinois.

2. Ms. Pillay will be unable to come to Birmingham to attend the June 19, 2009 hearing.

3. John Pappalardo, lead counsel for the Claimant, also of Greenberg Traurig, located in Boston, Massachusetts, is planning to attend the June 19, 2009 hearing on behalf of the Claimant.

In addition, the undersigned's co-counsel, Gaile Pugh Gratton, is planning on attending the hearing, as well. Undersigned counsel has been in communication with Thomas Borton, one of the Assistant U. S. Attorneys representing the government in this case, and Mr. Borton has informed the undersigned that the government has no objection to this motion.

WHEREFORE, premises considered, Claimant requests that this Honorable Court excuse attorney Shoba Pillay of the Chicago office of Greenberg Traurig from participating in the June 19, 2009 hearing.

Respectfully Submitted,

*/s/ James R. Sturdivant*
James R. Sturdivant
ASB-5071-rJ71j
Attorney for Claimant, Chinero Nwaigwe

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
P.O. Box 5527
Birmingham, AL  35255-5727
Tel.:  205-930-5100
Fax:  205-930-5101
*jsturdivant@sirote.com*
ggratton@sirote.com

A. John Pappalardo
Lead Counsel
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, Massachusetts  02110
Tel:  617-310-6000
Fax:  617-310-6001
*pappalardoj@gtlaw.com*

Shoba Pillay
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 2500
Chicago, IL  60601
Tel:  312-456-1021
Fax:  312-899-0435
*pillays@gtlaw.com*

**Attorneys for Chinero Nwaigwe**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on June 11, 2009, as follows:

Thomas Borton
Assistant U.S. Attorney
1801 Fourth Avenue North
Birmingham, Alabama 35203

*/s/ James R. Sturdivant*
James R. Sturdivant