IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 07-AR-1443-S |
| | } | |
| CERTAIN REAL PROPERTY LOCATED | } | |
| AT 1972 BRIDGEWATER DRIVE, | } | |
| HEATHROW, FLORIDA, TOGETHER | } | |
| WITH ALL IMPROVEMENTS, | } | |
| FIXTURES, AND APPURTENANCES | } | |
| THEREON, | } | **CONSOLIDATED WITH** |
| | } | |
| Defendant. | } | |

**\* \* \* \* \*      \* \* \* \* \***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| Plaintiff, | } | CIVIL ACTION NO. |
| | } | 07-AR-1864-S |
| v. | } | |
| | } | |
| ALL FUNDS ON DEPOSIT IN | } | |
| TWENTY (20) CERTAIN BANK | } | |
| ACCOUNTS, LOCATED AT REGIONS | } | |
| BANK, 1900 SIXTH AVENUE NORTH | } | |
| BIRMINGHAM, ALABAMA, | } | |
| | } | |
| Defendant. | } | |

## <u>ORDER</u>

The oral motion made by the United States to vacate the order entered on May 15, 2009, is GRANTED. Accordingly, the said order is hereby VACATED.

DONE this 19th day of June, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE